# Third District Court of Appeal

## State of Florida

Opinion filed November 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1867
Lower Tribunal No. 16-4858
_____

**Steven Hayworth,**
Appellant,

vs.

**Iberiabank Corporation, et al.,**
Appellees.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Leto Law Firm, and Matthew P. Leto, and Charles P. Gourlis; John C. Lukacs, P.A., and John C. Lukacs, Sr., for appellant.

Podhurst Orseck, P.A., and Ricardo M. Martínez-Cid and Ramon A. Rasco, for appellees.

Before EMAS, FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed.